IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GEORGIA HENSLEY, Individually
and as Class Representative on Behalf
of All Similarly Situated Persons, et
al.                                                                                                            PLAINTIFFS

VS.                             Case No. 05-CV-4034

COMPUTER SCIENCES CORPORATION,
et al.                                                                                                               DEFENDANTS

## **ORDER**

The Court is aware of some confusion among some Defendants regarding requirements of filing an amended answer in response to summons without a complaint received from Plaintiffs subsequent to service of Plaintiffs' Fifth Amended Complaint and summons. The Court will not require or accept an amended answer of any Defendant who has already filed an answer to Plaintiffs' Fifth Amended Complaint. Additional or amended answers will only be required and accepted if the Court grants leave to file another amended complaint or if the Court grants leave to file an amended answer upon motion of a Defendant.

IT IS SO ORDERED, this 7th day of December, 2005.

                                                                                       /s/ Harry F. Barnes
                                                                                        Hon. Harry F. Barnes
                                                                                        U.S. District Court